IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0363-CG-N ) |
| WILLIE THOMAS, WARDEN, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 5, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE