IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0363-CG-N |
| WILLIE THOMAS, WARDEN, | ) ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED, and DECREED** that Michael Dewayne Anderson's motion seeking permission to file a successive petition for writ of habeas corpus (Doc. 2) be **DENIED** and that the successive habeas corpus petition (Doc. 1) be **DISMISSED with PREJUDICE** for lack of jurisdiction, due to Anderson's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 20th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE